IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSEPH VERRIER,**

    *Plaintiff*,

v.                                                                              Case No.: 4:21cv500-MW/MJF

**MICHELLE RENO, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 65. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 65, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 58, is **GRANTED in part and DENIED in part**.

Plaintiff's official-capacity claims against all individual Defendants are **DISMISSED with prejudice**. Plaintiff's individual-capacity claims against Defendants Megan Amadori, John Thompson, Justine Patterson, and Joseph Winkler are **DISMISSED with prejudice**. Plaintiff's First Amendment retaliation

claim against Defendants Michelle Reno and Bradley Rouskey is **DISMISSED with prejudice**. Plaintiff's request for an injunction requiring Defendants to supervise Plaintiff in accordance with Florida law is **DISMISSED with prejudice**. Defendants' motion, ECF No. 58, is **DENIED** in all other respects. This case is referred back to the Magistrate Judge for proceedings consistent with this opinion.

**SO ORDERED on September 8, 2023.**

s/Mark E. Walker
**Chief United States District Judge**
