IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSEPH VERRIER,**

   *Plaintiff*,

v.                                   Case No.: 4:21cv500-MW/MJF

**MICHELLE RENO, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 110. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 110, is **accepted and adopted** as this Court's opinion. Plaintiff's unopposed motion to dismiss his claims against Defendant Michelle Reno, ECF No. 106, is **GRANTED**. Plaintiff's claims against Defendant Reno are **DISMISSED**. The Clerk shall refer this case back to the Magistrate Judge to address Plaintiff's remaining claims.

**SO ORDERED** on August 14, 2024.

                                              s/Mark E. Walker          
                                              **Chief United States District Judge**