IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSEPH VERRIER,**

   *Plaintiff*,

v.                                  Case No.: 4:21cv500-MW/MJF

**MICHELLE RENO, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 100. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 100, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for temporary injunctive relief, ECF No. 77, is **DENIED**. The Clerk shall refer this case back to the Magistrate Judge for further proceedings.

**SO ORDERED** on August 22, 2024.

                                                s/Mark E. Walker      
                                                **Chief United States District Judge**